## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Newark, NJ

CHANTELLE ELLIOT

                              Plaintiff,

v.                                          Case No.:
                                            2:18−cv−16654−WJM−MF
                                            Judge William J. Martini

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC

                              Defendant.

### ORDER OF DISMISSAL

    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

    **IT IS** on this 23rd day of February, 2021,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

              /s/ William J. Martini
              _____
              WILLIAM J. MARTINI United States District Judge